**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| LARRY DARNELL NOEL, | ) | |
|     Petitioner, | ) | Civil Action No. 7:12-cv-00293 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | By: Norman K. Moon |
|     Respondent. | ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion entered on this day, it is hereby

**ORDERED**

that Noel's 28 U.S.C. § 2241 petition is **DISMISSED without prejudice** and this action is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

**ENTER:** This 27th day of July, 2012.

                                                                            /s/ Norman K. Moon
                                                                           NORMAN K. MOON
                                                                           UNITED STATES DISTRICT JUDGE